```
                                                    FILED
                                                December 2, 2011
      UNITED STATES DISTRICT COURT FOR THE
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA            CALIFORNIA
                                                   DEPUTY CLERK
```

UNITED STATES OF AMERICA,  )
                                )   Case No. 2:11CR00503-WBS-1
       Plaintiff,  )
v.                             )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
JOE L. REGALADO,           )
       Defendant.   )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOE L. REGALADO__, Case No. __2:11CR00503-WBS-1__, Charge __18USC § 2320__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 2, 2011__ at __2:00 pm__.

                                                    By  /s/ Gregory G. Hollows
                                                           Gregory G. Hollows
                                                           United States Magistrate Judge

Copy 5 - Court