1  ZBENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO. 2:11-cr-00503-WBS
                                )
11              Plaintiff,      )
                                )
12      v.                      )   STIPULATION AND [~~PROPOSED~~]
                                )   ORDER TO EXCLUDE TIME
13 JOE L. REGALADO,             )
                                )
14                              )
                Defendant.      )
15 _____)

16

17     The parties request that the status conference in this case
18 be continued from March 19, 2012 to May 7, 2012 at 9:30 a.m.
19 They stipulate that the time between March 19, 2012, and May 7,
20 2012, should be excluded from the calculation of time under the
21 Speedy Trial Act.  The parties stipulate that the ends of justice
22 are served by the Court excluding such time, so that counsel for
23 the defendant may have reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.
25 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  Specifically, the
26 attorney for the defendant is recovering from an injury and will
27 be reviewing previously-produced discovery before being able to
28 discuss possible resolution without trial.  The attorney for the

1

government spoke with Justin on the staff of the defense attorney and confirmed the May 7, 2012 date as well as the reasons for the defense need for additional time.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: March 16, 2012   /s/ Matthew G. Morris
                       MATTHEW G. MORRIS
                       Assistant U.S. Attorney

DATE: March 16, 2012   /s/ Tim Tuitavuki (authorized 3/16/12)
                       TIMOTE TUITAVUKI
                       Attorney for Defendant

**IT IS SO ORDERED.**

DATE: March 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE