BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOE L. REGALADO, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:11-cr-00503-WBS <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from October 15, 2012, to November 26, 2012. They stipulate that the time between October 15, 2012, and November 26, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the parties are investigating ownership interests in some items that might be subject to forfeiture and the answer to that question is likely to affect the terms of a resolution

1

without trial.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: October 17, 2012       /s/ Matthew G. Morris
                                    MATTHEW G. MORRIS
                                    Assistant U.S. Attorney

DATE: October 17, 2012       /s/ Tim Tuitavuki (auth.10/16/12)
                                    TIMOTE TUITAVUKI
                                    Attorney for Defendant

                                              **SO ORDERED.**

DATE:  October 17, 2012

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE