```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-cr-00503-WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.           ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO EXCLUDE TIME |
| JOE L. REGALADO, ) | |
| ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

   The parties request that the status conference in this case be continued from November 26, 2012, to January 14, 2013.  They stipulate that the time between November 26, 2012, and January 14, 2013, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the parties are investigating ownership interests in some items that might be subject to forfeiture and the answer to that question is likely to affect the terms of a resolution

1

without trial.  In addition, attorney schedules around the upcoming holidays have limited the dates that the parties are able to appear.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: November 21, 2012    /s/ Matthew G. Morris
                           MATTHEW G. MORRIS
                           Assistant U.S. Attorney


DATE: November 21, 2012    /s/ Tim Tuitavuki (auth.11/8/12)
                           TIMOTE TUITAVUKI
                           Attorney for Defendant
```

**SO ORDERED.**

DATE:  November 21, 2012

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE