```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOE L. REGALADO,<br><br>            Defendant.<br>_____ | CASE NO. 2:11-cr-00503-WBS<br><br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from January 14, 2013, to February 4, 2013. They stipulate that the time between January 14, 2013, and February 4, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the parties are discussing terms of a potential resolution without trial and awaiting records from a previous state prosecution that is relevant to the current charges.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: January 14, 2013      /s/ Matthew G. Morris
                            MATTHEW G. MORRIS
                            Assistant U.S. Attorney


DATE: January 14, 2013      /s/ Tim Tuitavuki (auth.1/11/13)
                            TIMOTE TUITAVUKI
                            Attorney for Defendant

**SO ORDERED.**

DATE:  January 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2