1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )     CASE NO. 2:11-cr-00503-WBS
                                   )
11                  Plaintiff,     )
                                   )
12       v.                        )     STIPULATION AND [~~PROPOSED~~]
                                   )     ORDER TO EXCLUDE TIME
13  JOE L. REGALADO,               )
                                   )
14                                 )
                    Defendant.     )
15  _____)

16

17       The parties request that the status conference in this case

18  be continued from June 3, 2013, to July 1, 2013 at 9:30 a.m.

19  They stipulate that the time between June 3, 2013, and July 1,

20  2013, should be excluded from the calculation of time under the

21  Speedy Trial Act.  The parties stipulate that the ends of justice

22  are served by the Court excluding such time, so that counsel for

23  the defendant may have reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.

25  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  Specifically, the

26  defense has provided discovery to the government regarding a

27  forfeiture matter, and the government has conducted additional

28  investigation and presented the results of that investigation to

                                    1

1   the defense.   The parties are discussing the applicability of

2   this new information to issues of forfeiture and sentencing.

3        The parties stipulate and agree that the interests of

4   justice served by granting this continuance outweigh the best

5   interests of the public and the defendant in a speedy trial.   18

6   U.S.C. § 3161(h)(7)(A).

7

8                                    Respectfully Submitted,

9                                    BENJAMIN B. WAGNER
                                     United States Attorney

10

11
    DATE: May 31, 2013        /s/ Matthew G. Morris
12                                 MATTHEW G. MORRIS
                                   Assistant U.S. Attorney
13

14
    DATE: May 31, 2013        /s/ Tim Tuitavuki (auth.5/31/13)
15                            TIMOTE TUITAVUKI
                                   Attorney for Defendant
16

17                                 **SO ORDERED.**

18
    DATE:  May 31, 2013
19

20
    _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2