TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Roberto Jose Vasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

JOE L. REGALADO

          Defendant.

CASE NO.  2:11-cr-00503-WBS

STIPULATION AND [~~PROPOSED~~]
ORDER TO EXCLUDE TIME

## STIPULATION

The parties request that the status conference in this case be continued from August 12, 2013, to September 9, 2013 at 9:30 a.m. They stipulate that the time between August 12, 2013, and September 9, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the parties are investigating ownership interests in some items that might be subject to forfeiture and the answer to that question is likely to affect the terms of a resolution without trial.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              TIM F. TUITAVUKI

DATE: August 9, 2013                /s/ Tim Tuitavuki
                                              TIMOTE TUITAVUKI
                                              Attorney for Defendant

DATE: August 9, 2013                /s/ Matthew G. Morris
                                              MATTHEW G. MORRIS
                                              Assistant U.S. Attorney

**SO ORDERED.**

Dated: August 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE