BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-503 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JOE L. REGALADO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 13, 2014.

2. By this stipulation, defendant now moves to continue the status conference until January 27, 2014 at 9:30 a.m., and to exclude time between January 13, 2014, and January 27, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant has a conflicting court obligations in Stockton on January 13, 2014, and the defendant has been ill and unable to prepare for the upcoming status hearing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

STIPULATION AND PROPOSED ORDER         1

account the exercise of due diligence.

        c)     The government does not object to the continuance.

        d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2014, through January 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 10, 2014                                       BENJAMIN B. WAGNER
                                                                United States Attorney

                                                                /s/ Matthew G. Morris
                                                               MATTHEW G. MORRIS
                                                               Assistant United States Attorney

Dated: January 10, 2014                                       /s/ Timote Tuitavuki (auth. by email 1/8/14)
                                                               TIMOTE TUITAVUKI
                                                               Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 13, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER     2