| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MATTHEW G. MORRIS |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-503-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO RESET DATES FOR JUDGMENT AND SENTENCING, AND DISCLOSURE OF PSR |
| v. | |
| JOE L. REGALADO, | DATE: July 14, 2014 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

By prior order (C.R. 46-47) this matter was set for entry of Judgment and Sentence on April 21, 2014. The parties hereby request that Judgment and Sentence be reset to July 14, 2014 at 9:30 a.m., and that the schedule for the disclosure of the PSR be modified as follows:

Judgment and Sentencing: July 14, 2014 at 9:30 a.m.

Proposed PSR disclosed to counsel no later than: June 2, 2014;

Counsels' written objections to the PSR delivered to probation: June 16, 2014;

Final PSR filed with the Court and made available for counsel: June 23, 2014;

Motion for corrections to PSR: June 30, 2014;

Reply or statement of non-opposition: July 7, 2014;

This schedule has been discussed with the assigned United States Probation Officer, and he is

STIPULATION                             1

prepared to adjust the schedule accordingly.

**SO STIPULATED.**

Dated:  April 16, 2014                              BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By:    /s/ MATTHEW G. MORRIS
                                                    MATTHEW G. MORRIS
                                                    Assistant United States Attorney

Dated:  April 16, 2014                      By:    /s/ Timote Tuitavuki (auth 4/16/14)
                                                    TIMOTE TUITAVUKI
                                                    Counsel for the Defendant

IT IS SO FOUND AND ORDERED.

Dated:  April 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE