BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE L. REGALADO,<br><br>    Defendant. | 2:11-CR-00503-WBS<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the entry of plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Joe L. Regalado, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b), defendant Joe L. Regalado's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. 2002 Cadillac Escalade, VIN: 1GYEK63N82R118025, License Number: 6AUE425;
    b. 2006 Mercedes Sports Sedan C230, VIN: WDBRF52H46F747305, License Number: 5SST161;
    c. Approximately $7,479 in U.S. Currency;
    d. Approximately $2,000 in Money Gram Money Orders;
    e. 1 College Sports Jersey Arkansas;

1

   f. 4 College Sports Jerseys Oklahoma State;
   g. 28 College Sports Jerseys University of Florida;
   h. 1 College Sports Jersey Villanova;
   i. 2 Major League Baseball framed signed jerseys;
   j. 428 Major League Baseball Mitchell & Ness jerseys;
   k. 299 Major League Baseball Majestic jerseys;
   l. 169 National Basketball Association Adidas jerseys;
   m. 68 National Basketball Association Mitchell & Ness jerseys;
   n. 6 National Basketball Association Nike jerseys;
   o. 2 National Basketball Association Reebok jerseys;
   p. 12 National Football League framed signed jerseys;
   q. 630 National Football League Mitchell & Ness jerseys;
   r. 757 National Football League Reebok jerseys;
   s. 33 National Hockey League Reebok/CCM jerseys;
   t. 61 USC jerseys;
   u. 335 Major League Baseball New Era caps;
   v. 10 National Football League caps;
   w. 90 Major League Baseball T shirts;
   x. 24 National Basketball Association T shirts;
   y. 2 National Hockey League T shirts;
   z. 1 Chanel sungalsses;
   aa. 1 Prada sunglasses;
   bb. 1 Chanel wallet;
   cc. 3 Juicy Couture wallets;
   dd. 4 Louis Vuitton wallets;
   ee. 1 Christian Audigier jeans;
   ff. 32 Polo jeans;
   gg. 32 True Religion jeans;
   hh. 42 Coach belts;
   ii. 2 Coach hats;
   jj. 2 Louis Vuitton hats;
   kk. 23 Burberry shirts;
   ll. 3 True Religion shirts;
   mm. 1 Louis Vuitton scarf;
   nn. 7 Coach purses/handbags;
   oo. 1 Gucci purse/handbag;
   pp. 2 Juicy Couture purses/handbags;
   qq. 3 Louis Vuitton purses/handbags;
   rr. 260 pairs of Nike Air Force 1 footwear;
   ss. 118 pairs of Nike Jordan footwear;
   tt. 8 pairs of Nike Air Max footwear;
   uu. 4.5 pairs of Coach footwear;
   vv. 4 Coach dustbags;
   ww. 2 Juicy Couture dustbags; and
   xx. 143 National Football League Patches.

  2. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 18 U.S.C. § 2320 and/or is property which constitutes or is derived from proceeds obtained directly or indirectly as the result of the commission of a violation of 18 U.S.C. § 2320.

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

SO ORDERED.

Dated: May 30, 2014

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE