1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 2:11-CR-503-WBS

12                  Plaintiff,         STIPULATION AND ORDER TO RESET DATES
                                       FOR JUDGMENT AND SENTENCING
13            v.
                                       DATE: August 18, 2014
14 JOE L. REGALADO,                    TIME: 9:30 a.m.
                                       COURT: Hon. William B. Shubb
15                  Defendant.

16
        Plaintiff United States of America, by and through its counsel of record, and defendant, by and
17
   through his counsel of record, hereby stipulate as follows:
18
        By prior order this matter was set for entry of Judgment and Sentence on July 14, 2014. The
19
   parties hereby request that Judgment and Sentence be reset to August18, 2014. The final PSR has
20
   already been filed and disclosed.
21
        This schedule has been discussed with the assigned United States Probation Officer, and he is
22
   prepared to adjust the schedule accordingly.
23
   \\\
24
   \\\
25
   \\\
26
   \\\
27
   \\\
28

   STIPULATION                               1

**SO STIPULATED.**

Dated: July 10, 2014  BENJAMIN B. WAGNER
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: July 10, 2014  By: /s/ Timote Tuitavuki (auth 7/7/14)
TIMOTE TUITAVUKI
Counsel for the Defendant

IT IS SO FOUND AND ORDERED.

**Dated: July 11, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION                                   2