1  TIM F. TUITAVUKI SBN212886
   LAW OFFICE OF TIM F. TUITAVUKI
   215 N. SAN JOAQUIN STREET
2  STOCKTON, CA  95202
   TEL. (209)476-1590
3  FAX. (209)476-1549

4
   Attorney for Defendant
5  Joe L. Regalado

6

7                 IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )  CASE NO.  2:11-cr-00503-WBS
                                       )
11                 Plaintiff,           )
                                       )
12     v.                              )  STIPULATION AND [PROPOSED] ORDER TO
                                       )  RESET DATES FOR JUDGMENT AND
13 JOE L. REGALADO                     )  SENTENCING
                                       )
14                 Defendant.           )
                                       )
15                                      )
                                       )
16                                      )
                                       )
17 _____)

## **STIPULATION**

18     Defendant, Joe L. Regalado, by and through its counsel of record, and Plaintiff United

19 States of America through its counsel, hereby stipulate as follows:

20     By prior order this matter was set for entry of Judgment and Sentence on August 18,

21 2014.  The parties hereby request that Judgment and Sentence be reset for October 6, 2014 at

22 9:30 a.m.  The final PSR has already been filed and disclosed.

23     This schedule has been discussed with the assigned United States Probation Officer and

24 he is prepared to adjust the schedule accordingly.

25 ////

26 ////

27 ////

28

1

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | TIM F. TUITAVUKI |
| DATE: August 14, 2014 | /s/ Tim Tuitavuki<br>TIMOTE TUITAVUKI<br>Attorney for Defendant |
| DATE: August 14, 2014 | /s/ Matthew G. Morris (auth 8/14/14)<br>MATTHEW G. MORRIS<br>Assistant U.S. Attorney |

**SO ORDERED.**

Dated:  August 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE