| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MATTHEW G. MORRIS |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-503-WBS |
| Plaintiff, | STIPULATION AND ORDER TO RESET DATES FOR JUDGMENT AND SENTENCING |
| v. | DATE: October 14, 2014 |
| JOE L. REGALADO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

By prior order this matter was set for entry of Judgment and Sentence on October 6, 2014. The parties hereby request that Judgment and Sentence be reset to October 14, 2014. The final PSR has already been filed and disclosed.

This schedule has been discussed with the assigned United States Probation Officer, and he is prepared to adjust the schedule accordingly.

\\\

\\\

\\\

\\\

\\\

STIPULATION

1

1 | **SO STIPULATED.**

3 | Dated:  October 2, 2014							BENJAMIN B. WAGNER
											United States Attorney

5 | 									By:  /s/ MATTHEW G. MORRIS
											MATTHEW G. MORRIS
											Assistant United States Attorney

8 | Dated:  October 2, 2014					By:  /s/ Timote Tuitavuki (auth 9/29/14)
											TIMOTE TUITAVUKI
											Counsel for the Defendant

12 | IT IS SO FOUND AND ORDERED.

14 | Dated:  October 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE