BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOE L. REGALADO,<br><br>             Defendant. | CASE NO. 2:11-CR-503-WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET DATES FOR JUDGMENT AND SENTENCING<br><br>DATE: November 10, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

By prior order this matter was set for entry of Judgment and Sentence on November 10, 2014. The parties hereby request that Judgment and Sentence be reset to December 15, 2014. The final PSR has already been filed and disclosed and briefing is complete.

In support of this stipulation, the parties represent that counsel for the defendant began a jury trial in Stockton on November 7, 2014, which is expected to last more than a week. The trial in that case was not expected, because it was scheduled on short notice after another higher-priority case was continued at the last minute. Given schedules for the respective counsel and the government's sentencing witness, December 15, 2014, is the earliest that the parties can conduct the sentencing hearing.

///

STIPULATION

1

**SO STIPULATED.**

Dated: November 7, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney

                                       By: /s/ MATTHEW G. MORRIS
                                           MATTHEW G. MORRIS
                                           Assistant United States Attorney

Dated: November 7, 2014                By: /s/ Timote Tuitavuki (auth 11/6/14)
                                           TIMOTE TUITAVUKI
                                           Counsel for the Defendant

IT IS SO FOUND AND ORDERED.

**Dated: November 7, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION                                2