TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Joe L. Regalado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00503-WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO RESET DATES FOR JUDGMENT AND SENTENCING |
| JOE L. REGALADO | ) |
| Defendant. | ) |

## **STIPULATION**

Defendant, Joe L. Regalado, by and through its counsel of record, and Plaintiff United States of America through its counsel, hereby stipulate as follows:

By prior order this matter was set for entry of Judgment and Sentence on February 9, 2015.  The parties hereby request that Judgment and Sentence be reset for March 9, 2015 at 9:30 a.m.  The reason for the continuance is to provide sufficient time for the Defendant to secure the full restitution amount in this case prior to sentencing.  The final PSR has already been filed and disclosed.

///

///

///

///

///

///

1

This date has been discussed with the assigned United States Probation Officer and is acceptable to him.

                                             Respectfully Submitted,

                                             TIM F. TUITAVUKI

DATE: February 5, 2015         /s/ Tim Tuitavuki
                                             TIMOTE TUITAVUKI
                                             Attorney for Defendant

DATE: February 5, 2015         /s/ Matthew G. Morris (auth 2/5/15)
                                             MATTHEW G. MORRIS
                                             Assistant U.S. Attorney

**SO ORDERED.**

Dated:  February 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE