BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-503-WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET JUDGMENT AND SENTENCING |
| v. | DATE: March 9, 2015 |
| JOE L. REGALADO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    By prior order this matter was set for entry of Judgment and Sentence on March 9, 2015. The parties hereby request that Judgment and Sentence be reset to April 20, 2015 at 9:30 a.m. The final PSR has already been filed and disclosed and briefing is complete.

    In support of this stipulation, the parties represent that counsel for the defendant is in a jury trial in Sacramento, which is expected to last more than a week. Given schedules for the respective counsel and the Court, April 20, 2015 is the earliest that the parties can conduct the sentencing hearing.

///

///

///

///

STIPULATION

1

**SO STIPULATED.**

Dated:  March 6, 2015                          BENJAMIN B. WAGNER
                                               United States Attorney

                                        By:   /s/ MATTHEW G. MORRIS
                                              MATTHEW G. MORRIS
                                              Assistant United States Attorney

Dated:  March 6, 2015                   By:   /s/ Timote Tuitavuki (auth 3/5/15)
                                              TIMOTE TUITAVUKI
                                              Counsel for the Defendant

IT IS SO FOUND AND ORDERED.

**Dated:  March 6, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION

2