BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOE L. REGALADO,<br><br>                Defendant. | CASE NO. 2:11-CR-503-WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET JUDGMENT AND SENTENCING<br><br>DATE: May 18, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

      By prior order this matter was set for entry of Judgment and Sentence on May 18, 2015. The parties hereby request that Judgment and Sentence be reset to June 29, 2015 at 9:30 a.m.. The final PSR has already been filed and disclosed.

      In support of this stipulation, the parties represent that counsel for the defendant desires additional time to review and respond to the information filed by the government on May 14, 2015.

///

///

///

///

///

STIPULATION

1

**SO STIPULATED.**

Dated:  May 15, 2015                              BENJAMIN B. WAGNER
                                                  United States Attorney

                                          By:    /s/ MATTHEW G. MORRIS
                                                  MATTHEW G. MORRIS
                                                  Assistant United States Attorney

Dated:  May 15, 2015                      By:    /s/ Timote Tuitavuki (auth 5/15/15)
                                                  TIMOTE TUITAVUKI
                                                  Counsel for the Defendant

IT IS SO FOUND AND ORDERED.

**Dated:  May 15, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE