1  BENJAMIN B. WAGNER
United States Attorney
2  MATTHEW G. MORRIS
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | CASE NO. 2:11-CR-503-WBS
   |                                 |
12 |          Plaintiff,             | STIPULATION AND ORDER TO RESET
   |                                 | JUDGMENT AND SENTENCING
   |    v.                           |
13 |                                 | DATE: June 29, 2015
   | JOE L. REGALADO,                | TIME: 9:30 a.m.
14 |                                 | COURT: Hon. William B. Shubb
   |          Defendant.             |
15

16     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

17 through his counsel of record, hereby stipulate as follows:

18     By prior order this matter was set for entry of Judgment and Sentence on June 29, 2015. The

19 parties hereby request that Judgment and Sentence be reset to July 27, 2015. The final PSR has already

20 been filed and disclosed.

21     In support of this stipulation, the parties represent that counsel for the defendant has been

22 engaged in a trial in Oakland for the last several weeks which has taken much longer than anticipated.

23 Counsel for the defendant desires additional time to review and respond to the information filed by the

24 government on May 14, 2015.

25 ///

26 ///

27 ///

28

STIPULATION                                          1

1  **SO STIPULATED.**

3  Dated: May 15, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:   /s/ MATTHEW G. MORRIS
                                          MATTHEW G. MORRIS
                                          Assistant United States Attorney

8  Dated: May 15, 2015              By:   /s/ Timote Tuitavuki (auth 6/24/15)
                                          TIMOTE TUITAVUKI
                                          Counsel for the Defendant

12  IT IS SO FOUND AND ORDERED.

13  Dated: June 26, 2015

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

STIPULATION                         2