IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE L. REGALADO,<br><br>　　　　Defendant. | 2:11-CR-00503-WBS<br><br>FINAL ORDER OF FORFEITURE |

On or about June 2, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between plaintiff and defendant Joe L. Regalado, forfeiting to the United States the following property:

　　a.　2002 Cadillac Escalade, VIN: 1GYEK63N82R118025, License Number: 6AUE425;
　　b.　2006 Mercedes Sports Sedan C230, VIN: WDBRF52H46F747305, License Number: 5SST161;
　　c.　Approximately $5,479 in U.S. Currency[1];
　　d.　Approximately $2,000 in Money Gram Money Orders;
　　e.　1 College Sports Jersey Arkansas;
　　f.　4 College Sports Jerseys Oklahoma State;
　　g.　28 College Sports Jerseys University of Florida;
　　h.　1 College Sports Jersey Villanova;
　　i.　2 Major League Baseball framed signed jerseys;
　　j.　428 Major League Baseball Mitchell & Ness jerseys;
　　k.　299 Major League Baseball Majestic jerseys;
　　l.　169 National Basketball Association Adidas jerseys;
　　m.　68 National Basketball Association Mitchell & Ness jerseys;

---

[1] The amount listed in the Preliminary Order of Forfeiture was $7,479, but the correct amount seized was $5,479.

1

      n.      6 National Basketball Association Nike jerseys;
      o.      2 National Basketball Association Reebok jerseys;
      p.      12 National Football League framed signed jerseys;
      q.      630 National Football League Mitchell & Ness jerseys;
      r.      757 National Football League Reebok jerseys;
      s.      33 National Hockey League Reebok/CCM jerseys;
      t.      61 USC jerseys;
      u.      335 Major League Baseball New Era caps;
      v.      10 National Football League caps;
      w.      90 Major League Baseball T shirts;
      x.      24 National Basketball Association T shirts;
      y.      2 National Hockey League T shirts;
      z.      1 Chanel sungalsses;
      aa.      1 Prada sunglasses;
      bb.      1 Chanel wallet;
      cc.      3 Juicy Couture wallets;
      dd.      4 Louis Vuitton wallets;
      ee.      1 Christian Audigier jeans;
      ff.      32 Polo jeans;
      gg.      32 True Religion jeans;
      hh.      42 Coach belts;
      ii.      2 Coach hats;
      jj.      2 Louis Vuitton hats;
      kk.      23 Burberry shirts;
      ll.      3 True Religion shirts;
      mm.      1 Louis Vuitton scarf;
      nn.      7 Coach purses/handbags;
      oo.      1 Gucci purse/handbag;
      pp.      2 Juicy Couture purses/handbags;
      qq.      3 Louis Vuitton purses/handbags;
      rr.      260 pairs of Nike Air Force 1 footwear;
      ss.      118 pairs of Nike Jordan footwear;
      tt.      8 pairs of Nike Air Max footwear;
      uu.      4.5 pairs of Coach footwear;
      vv.      4 Coach dustbags;
      ww.      2 Juicy Couture dustbags; and
      xx.      143 National Football League Patches.

      Beginning on June 12, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

      The United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property:

      a.      Susana Regalado:  A notice letter was sent via certified mail to Susana Regalado, c/o Tim F. Tuitavuki, Esq., 215 N. San Joaquin Street, Stockton, California, 95202 on July 14, 2014.

The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on July 15, 2014.

      b.    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC:  A notice letter was sent via certified mail to DCFS USA LLC, P.O. Box 997542, Sacramento, California, 95899 on July 14, 2014.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was returned signed on or about July 18, 2014.

The United States received a Statement of No Interest dated July 18, 2014, from Mercedes-Benz Financial Services stating that Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC holds no security interest nor claims any rights of ownership in the 2006 Mercedes-Benz, VIN: WDBRF52H46F747305.  In addition, they stated their lien was listed in error.  The Statement of No Interest is attached as Exhibit A to the Application for Final Order of Forfeiture.

At the time the Court approved the Preliminary Order of Forfeiture, it was not the Court's intention that defendant would be required both to pay restitution to the victims AND to forfeit the same money and property to the United States.  In the court's opinion such a result would be unfair and unjust.  Thus, although the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired, because defendant has made full restitution to the victims for the value of the seized property, the court will at least not permit forfeiture of the seized currency and money orders to the United States.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property, *except* item c, approximately $5,479 in U.S. Currency, and item d, Approximately $2,000 in Money Gram Money Orders,  pursuant to 18 U.S.C. § 2323(b), including all right, title, and interest of Joe L. Regalado, Susana Regalado, and Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC, whose rights to the above-listed property are hereby extinguished. The above-listed property shall be disposed of according to this Order and applicable law.

2. All right, title, and interest in the above-listed property *except* item c, approximately $5,479 in U.S. Currency, and item d, Approximately $2,000 in Money Gram Money Orders shall vest solely in the name of the United States of America.

3

3.     Item c, approximately $5,479 in U.S. Currency, and item d, Approximately $2,000 in Money Gram Money Orders shall be returned to Defendant Joe L. Regalado.

4.     The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated:  March 18, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture